UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 1 5 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

Jordan,

        Plaintiff,

vs.

Potter,

        Defendant.

CASE NO. 05CV2204-W (RBB)

JUDGMENT AND DISMISSAL BY COURT UNDER RULE 4(m) F.R.Civ.P. FOR WANT OF PROSECUTION

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Rule 4(m), F.R.Civ.P. for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and no extension of time to serve has been requested, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed as to defendant(s) _Torpey, Engals & Davenport_ (without) prejudice, for want of prosecution.

DATED: 9/15/06

Thomas J. Whelan
UNITED STATES DISTRICT JUDGE

ENTERED ON _____